IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN LEE NESBIT,　　　　　　　　　　　　　　　　　　CV. 07-38-ST

　　　　　Plaintiff,　　　　　　　ORDER TO DISMISS

　　v.

RICK SOTHERN,

　　　　　Defendant.

BROWN, District Judge.

　　Plaintiff moves to voluntarily dismiss this action. Plaintiff's Motion to Withdraw Complaint (docket #4) is GRANTED.

　　IT IS SO ORDERED.

　　DATED this __8th__ day of February, 2007.

　　　　　　　　　　　　　　　　　　__/s/ Anna J. Brown__
　　　　　　　　　　　　　　　　　　　Anna J. Brown
　　　　　　　　　　　　　　　　　　　United States District Judge

1 - ORDER